# UNITED STATES DISTRICT COURT
### for the
Western District of North Carolina

**RECEIVED**
**UNITED STATES MARSHAL**
**11:03 am, Aug 05 2026**
**WESTERN NORTH CAROLINA**
**ASHEVILLE**

United States of America
v.
Terrez Kahlyl Hall

)
)
)
)
)
)
)

Case No. 1:26-CR-52- MR - WCM

*Defendant*

<span style="color:red">FILED
Asheville
Aug 12 2026
U.S. District Court
Western District of N.C.</span>

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Terrez Kahlyl Hall ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm.

Date: 8/4/2026

_____
*Issuing officer's signature*

City and state: Asheville, NC

Katherine Simon, Clerk, U.S. District Court
*Printed name and title*

---

### Return

This warrant was received on *(date)* 8/5/2026 , and the person was arrested on *(date)* 08/12/2026
at *(city and state)* Asheville, NC .

Date: 8/12/2026

_____
*Arresting officer's signature*

Aaron J. Bryson DUSM
*Printed name and title*